IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOYCE HUTCHINS-LINDSEY | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. _____ |
| | § | |
| UNITED AIRLINES, INC. f/k/a | § | |
| CONTINENTAL AIRLINES, INC. and | § | |
| KONE INC. | § | |
| | § | |
| Defendants. | § | |

### INDEX OF MATTERS FILED

Defendant, KONE Inc., hereby files the following matters with the Notice of Removal of this case to Federal District Court:

Exhibit 1    Plaintiff's Original Petition

Exhibit 2    Plaintiff's Amended Petition

Exhibit 3    State Court Action Docket Sheet

Exhibit 4    Executed Citation to KONE Inc.

Exhibit 5    Executed Citation to United Airlines, Inc. f/k/a Continental Airlines, Inc.

Exhibit 6    List of All Counsel of Record

**EXHIBIT "A"**

5/30/2018 4:02 PM
Chris Daniel - District Clerk Harris County
Envelope No. 24944468
By: Nelson Cuero
Filed: 5/30/2018 4:02 PM

*2018-36035 / Court: 333*

NO. _____

| | | |
|---|---|---|
| JOYCE HUTCHINS-LINDSEY | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| UNITED AIRLINES, INC. F/K/A | § | |
| CONTINENTAL AIRLINES, INC.; | § | |
| AND KONE, INC. | § | _____ JUDICIAL DISTRICT |

**PLAINTIFF'S ORIGINAL PETITION**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Joyce Hutchins-Lindsey, Plaintiff, complaining of United Airlines, Inc. f/k/a Continental Airlines, Inc.; and Kone, Inc., Defendants, and for cause of action would respectfully show the Court and jury the following:

**I.**

This Petition is being filed under Level 2 of Rule 190.3, as the damages are in excess of $100,000.00 but not more than $200,000.00.

**II.**

Plaintiff is a resident citizen of Houston, Harris County, Texas.

Defendant, United Airlines, Inc. f/k/a Continental Airlines, Inc., is a corporation doing business in the State of Texas for the purpose of monetary profit and may be served with citation by serving its registered agent for service, CT Corporation System, 1999 Bryan St., Suite 900, Dallas, Texas 75201-3136.

Defendant, Kone, Inc., is a corporation doing business in the State of Texas for the purpose of monetary profit and may be served with citation by serving its registered agent for service,

**EXHIBIT "1"**

Corporation Service Company d/b/a CSC -Lawyers Incorporating Service Company, 211 E. 7th St., Suite 620, Austin, Texas 78701-3218.

## III.

Venue is proper in Harris County, Texas, pursuant to Section 15.002 of the Texas Civil Practice and Remedies Code, because Plaintiff resides in Harris County, Texas, the incident which forms the basis of this suit occurred in Harris County, Texas, and Defendants conduct business in and around Harris County, Texas.

The Court has jurisdiction over this controversy because the Plaintiff seeks damages within the jurisdictional limits of this Court.

## IV.

On or about March 21, 2017, Plaintiff, Joyce Hutchins-Lindsey, suffered serious and permanent bodily injuries as a direct result of an occurrence caused by a dangerous condition on Defendants' premises that Defendants and/or their respective agents, servants, and employees knew of or in the exercise of ordinary cause, should have known existed. Specifically, Plaintiff was in the building located at 900 Grand Plaza, Houston, Texas 77067 and was riding the elevator to the second floor (in a two story building) when it suddenly and without warning malfunctioned and struck the ceiling, causing debris to come down. Instead of the doors opening, the elevator returned to the first floor but did not stop properly and struck the first floor. The decent was of sufficient force to cause Plaintiff to lose her balance and sustain injuries which required surgical correction. Defendants and their agents, servants and employees negligently allowed the creation and continued existence of this condition, so as to make Defendants' premises a dangerous place. Further, Defendants, by act and/or omission, failed to warn the Plaintiff of the condition, despite the fact that Defendants and their agents, servants and employees knew or in the exercise of ordinary care, should have known of the

existence of the condition and the likelihood that this condition would cause serious injury to invitees, to whom Defendants owed a non-delegable duty of care.

## V.

As a direct and proximate cause of Defendants' negligence, Plaintiff, Joyce Hutchins-Lindsey, has suffered serious, disabling and disfiguring injuries. Said elements of damage, which Plaintiff seeks to recover from Defendants, includes compensation for the following:

a. physical pain and disability suffered by Plaintiff from the day of the injury to the time of trial;

b. future physical pain and mental anguish reasonably anticipated to be suffered by Plaintiff in the future;

c. mental anguish, embarrassment and suffering sustained by Plaintiff from the day of the injury to the time of trial;

d. mental anguish, embarrassment and suffering which is reasonably anticipated to be suffered by Plaintiff in the future;

e. loss of earnings sustained by Plaintiff from the date of injury to the time of trial;

f. loss of earnings and earning capacity suffered by Plaintiff beyond the date of trial;

g. reasonable and necessary medical expenses incurred by Plaintiff in the treatment of her injuries from the day of the injury to the time of trial;

h. reasonable and necessary medical expenses reasonably anticipated to be suffered by Plaintiff in the future for treatment of his injuries;

i. physical impairment and disfigurement sustained by Plaintiff from the date of injury to the time of trial; and

j. future physical impairment and disfigurement reasonably anticipated to be sustained by Plaintiff in the future.

As such, in accordance with Tex.R.Civ.P. 47(c)(3), Plaintiff, Joyce Hutchins-Lindsey, seeks monetary relief over $100,000.00 but not more than $500,000.00. Plaintiff reserves the right to

either file a trial amendment or an amended pleading on this issue should subsequent evidence show this figure to be either too high or too low.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that Defendants be cited to appear and answer herein, and that upon final trial hereof, Plaintiff recover from Defendants a sum in excess of the minimum jurisdictional limits of the court, actual damages, costs of Court, pre-judgment and post-judgment interest at the legal rate, and for any and all further relief, both general and special, legal and equitable to which Plaintiff may be justly entitled.

Respectfully submitted,

CRIACO & ASSOCIATES

By: /s/ Adam P. Criaco
Adam P. Criaco
SBOT 05075770
519 N. Sam Houston Pkwy. E., Suite 500
Houston, TX 77060
Telephone: (713) 663-6600
Facsimile: (713) 663-7923
Eserve: Adam.Criaco@criacolaw.com

ATTORNEY FOR PLAINTIFF

6/19/2018 2:14 PM
Chris Daniel - District Clerk Harris County
Envelope No. 25396810
By: MARCELLA WILES
Filed: 6/19/2018 2:14 PM

NO. 2018-36035

| | | |
|---|---|---|
| JOYCE HUTCHINS-LINDSEY | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| UNITED AIRLINES, INC. F/K/A | § | |
| CONTINENTAL AIRLINES, INC.; | § | |
| AND KONE, INC. | § | 333rd JUDICIAL DISTRICT |

## PLAINTIFF'S FIRST AMENDED ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Joyce Hutchins-Lindsey, Plaintiff, complaining of Kone, Inc., Defendants, and for cause of action would respectfully show the Court and jury the following:

### I.

This Petition is being filed under Level 2 of Rule 190.3, as the damages are in excess of $100,000.00 but not more than $200,000.00.

### II.

Plaintiff is a resident citizen of Houston, Harris County, Texas.

Defendant, Kone, Inc., is a corporation doing business in the State of Texas for the purpose of monetary profit and may be served with citation by serving its registered agent for service, Corporation Service Company d/b/a CSC -Lawyers Incorporating Service Company, 211 E. 7th St., Suite 620, Austin, Texas 78701-3218.

### III.

Venue is proper in Harris County, Texas, pursuant to Section 15.002 of the Texas Civil Practice and Remedies Code, because Plaintiff resides in Harris County, Texas, the incident which forms the basis of this suit occurred in Harris County, Texas, and Defendant conducts business in and around Harris County, Texas.

**EXHIBIT "2"**

The Court has jurisdiction over this controversy because the Plaintiff seeks damages within the jurisdictional limits of this Court.

## IV.

On or about March 21, 2017, Plaintiff, Joyce Hutchins-Lindsey, suffered serious and permanent bodily injuries as a direct result of an occurrence caused by a dangerous condition that Defendant and/or its respective agents, servants, and employees knew of or in the exercise of ordinary cause, should have known existed. Specifically, Plaintiff was in the building located at 900 Grand Plaza, Houston, Texas 77067 and was riding the elevator to the second floor (in a two story building) when it suddenly and without warning malfunctioned and struck the ceiling, causing debris to come down. Instead of the doors opening, the elevator returned to the first floor but did not stop properly and struck the first floor. The decent was of sufficient force to cause Plaintiff to lose her balance and sustain injuries which required surgical correction. Defendant and its agents, servants and employees negligently allowed the creation and continued existence of this condition, so as to make Defendant's premises a dangerous place. Further, Defendant, by act and/or omission, failed to warn the Plaintiff of the condition, despite the fact that Defendant and its agents, servants and employees knew or in the exercise of ordinary care, should have known of the existence of the condition and the likelihood that this condition would cause serious injury to invitees, to whom Defendants owed a non-delegable duty of care.

## V.

As a direct and proximate cause of Defendant's negligence, Plaintiff, Joyce Hutchins-Lindsey, has suffered serious, disabling and disfiguring injuries. Said elements of damage, which Plaintiff seeks to recover from Defendant, includes compensation for the following:

a.  physical pain and disability suffered by Plaintiff from the day of the injury to the time of trial;

b.  future physical pain and mental anguish reasonably anticipated to be suffered by Plaintiff in the future;

c.  mental anguish, embarrassment and suffering sustained by Plaintiff from the day of the injury to the time of trial;

d.  mental anguish, embarrassment and suffering which is reasonably anticipated to be suffered by Plaintiff in the future;

e.  loss of earnings sustained by Plaintiff from the date of injury to the time of trial;

f.  loss of earnings and earning capacity suffered by Plaintiff beyond the date of trial;

g.  reasonable and necessary medical expenses incurred by Plaintiff in the treatment of her injuries from the day of the injury to the time of trial;

h.  reasonable and necessary medical expenses reasonably anticipated to be suffered by Plaintiff in the future for treatment of his injuries;

i.  physical impairment and disfigurement sustained by Plaintiff from the date of injury to the time of trial; and

j.  future physical impairment and disfigurement reasonably anticipated to be sustained by Plaintiff in the future.

As such, in accordance with Tex.R.Civ.P. 47(c)(3), Plaintiff, Joyce Hutchins-Lindsey, seeks monetary relief over $100,000.00 but not more than $500,000.00. Plaintiff reserves the right to either file a trial amendment or an amended pleading on this issue should subsequent evidence show this figure to be either too high or too low.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that Defendant be cited to appear and answer herein, and that upon final trial hereof, Plaintiff recover from Defendant a sum in excess of the minimum jurisdictional limits of the court, actual damages, costs of Court, pre-judgment and post-judgment interest at the legal rate, and for any and all further relief, both general and special, legal and equitable to which Plaintiff may be justly entitled.

Respectfully submitted,

CRIACO & ASSOCIATES

By: /s/ Adam P. Criaco
Adam P. Criaco
SBOT 05075770
519 N. Sam Houston Pkwy. E., Suite 500
Houston, TX 77060
Telephone: (713) 663-6600
Facsimile: (713) 663-7923
Eserve: Adam.Criaco@criacolaw.com

ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of June, 2018, a true and correct copy of the foregoing has been served on all counsel of record in accordance with Rules 21 and 21a of the Texas Rules of Civil Procedure.

/s/ Adam P. Criaco
Adam P. Criaco

Harris County Docket Sheet

# 2018-36035
**COURT:** 333rd
**FILED DATE:** 5/30/2018
**CASE TYPE:** Premises



### HUTCHINS-LINDSEY, JOYCE
Attorney: CRIACO, ADAM P.

### vs.

### UNITED AIRLINES INC (F/K/A CONTINENTAL AIRLINES INC)

## Docket Sheet Entries
| Date | Comment |
| --- | --- |

**EXHIBIT "3"**

6/14/2018 2:20 PM
Chris Daniel - District Clerk Harris County
Envelope No. 25298125
By: Kenya Kossie
Filed: 6/14/2018 2:20 PM

RECEIPT NUMBER _____ 0.00

TRACKING NUMBER __73502695__ CIV

**CAUSE NUMBER** 201836035

**PLAINTIFF:** HUTCHINS-LINDSEY, JOYCE
vs.
**DEFENDANT:** UNITED AIRLINES INC (F/K/A CONTINENTAL AIRLINES INC)

In The 333rd
**Judicial District Court of
Harris County, Texas**

**CITATION CORPORATE**

**THE STATE OF TEXAS**
**County of Harris**

TO: KONE INC (A CORPORATION) BY SERVING ITS REGISTERED AGENT CORPORATION
SERVICE COMPANY DBA CSC-LAWYERS INCORPORATING SERVICE COMPANY
211 E 7TH ST SUITE 620 AUSTIN TX 78701 - 3218

Attached is a copy of __PLAINTIFF'S ORIGINAL PETITION__.

This instrument was filed on the __30th__ day of __May__, 20__18__, in the above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED;** you may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

**TO OFFICER SERVING:**

**This Citation was issued under my hand** and seal of said Court, at Houston, Texas, this __6th__ day of __June__, 20__18__.

**CHRIS DANIEL**, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
P.O. Box 4651, Houston, Texas 77210

Issued at request of:
CRIACO, ADAM P.
519 N SAM HOUSTON PKWY E
SUITE 500
HOUSTON, TX 77060
TEL: (713) 663-6600
Bar Number: 5075770

Generated by: CHAMBERS, WANDA ULW//10963469

**OFFICER/AUTHORIZED PERSON RETURN**

I received this citation on the _____ day of _____, 20____, at _____ o'clock ___.M., endorsed the date of delivery thereon, and executed it at _____, _____,
(STREET ADDRESS) (CITY)
in _____ County, Texas on the _____ day of _____, 20____, at _____ o'clock ___.M.,
by delivering to _____, by delivering to its
(THE DEFENDANT CORPORATION NAMED IN CITATION)
_____, in person, whose name is _____,
(REGISTERED AGENT, PRESIDENT, or VICE-PRESIDENT)
a true copy of this citation, with a copy of the _____ Petition attached,
(DESCRIPTION OF PETITION, E.G., "PLAINTIFF'S ORIGINAL")
and with accompanying copies of _____.
(ADDITIONAL DOCUMENTS, IF ANY, DELIVERED WITH THE PETITION)

I certify that the facts stated in this return are true by my signature below on the ____ day of _____, 20____.

FEE: $_____
By: _____
(SIGNATURE OF OFFICER)

Printed Name: _____

**Affiant Other Than Officer**

As Deputy for: _____
(PRINTED NAME & TITLE OF SHERIFF OR CONSTABLE)

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, 20____.

Notary Public

N.INT.CITC.P          *73502695*

**EXHIBIT "4"**

## CAUSE NO. 2018-36035

JOYCE HUTCHINS-LINDSEY
VS.

UNITED AIRLINES, INC. F/K/A
CONTINENTAL AIRLINES, INC.
AND KONE, INC.

IN THE 333RD JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS

### AFFIDAVIT OF SERVICE

BEFORE ME, the undersigned authority, __Barbara C. Stinnett__ (SERVER), personally appeared on this day and stated under oath as follows:

1. My name is __Barbara C. Stinnett__ (SERVER). I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is: __P.O. Box 684627, Austin, TX 78768__
(SERVER'S ADDRESS)

2. ON __06/08/18__ (DATE) AT __09 : 25__ ( __A__ ) M (TIME)
CITATION CORPORATE, PLAINTIFF'S ORIGINAL PETITION came to hand for delivery to KONE, INC. (A CORPORATION) BY SERVING ITS REGISTERED AGENT: CORPORATION SERVICE COMPANY DBA CSC-LAWYERS INCORPORATING SERVICE COMPANY.

3. ON __06/08/18__ (DATE) AT __02 : 33__ ( __P__ ) M (TIME) - The above named documents were delivered to KONE, INC. (A CORPORATION) BY SERVING ITS REGISTERED AGENT: CORPORATION SERVICE COMPANY DBA CSC-LAWYERS INCORPORATING SERVICE COMPANY by delivering to
__Vanessa Hernandez - designated agent__
(NAME AND TITLE), authorized agent for service @
__211 E 7th St, # 620, Austin, TX 78701__
(ADDRESS), by CORPORATE Service

__Barbara C. Stinnett__
SIGNATURE
PSC# __1181__   EXPIRATION: __07/31/20__

__Barbara C. Stinnett__
AFFIANT PRINTED NAME

SWORN TO AND SUBSCRIBED before me by __Barbara C. Stinnett__ appeared on this __11__ day of __June__, 2018 to attest witness my hand and seal of office.

NOTARY PUBLIC IN AND
FOR THE STATE OF TEXAS

2018.06.299520



HARRISON STINNETT
My Notary ID # 129047716
Expires July 9, 2020

6/19/2018 2:13 PM
Chris Daniel - District Clerk Harris County
Envelope No. 25396829
By: MARCELLA WILES
Filed: 6/19/2018 2:13 PM

06-29-18

RECEIPT NUMBER _____ 0.00

TRACKING NUMBER ___73502694___ CIV

CAUSE NUMBER 201836035

**PLAINTIFF:** HUTCHINS-LINDSEY, JOYCE
vs.
**DEFENDANT:** UNITED AIRLINES INC (F/K/A CONTINENTAL AIRLINES INC)

In The 333rd
**Judicial District Court of**
**Harris County, Texas**

**CITATION CORPORATE**

**THE STATE OF TEXAS**
**County of Harris**

TO: UNITED AIRLINES INC (FKA CONTINENTAL AIRLINES INC) (A CORPORATION) BY SERVING ITS REGISTERED AGENT CT CORPORATION SYSTEM
1999 BRYAN ST SUITE 900   DALLAS  TX  75201 - 3136

Attached is a copy of  PLAINTIFF'S ORIGINAL PETITION.

This instrument was filed on the ___30th___ day of ___May___, 20__18__, in the above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED**; you may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

**TO OFFICER SERVING:**

**This Citation was issued under my hand** and seal of said Court, at Houston, Texas, this ___6th___ day of ___June___, 20__18__.

Issued at request of:
CRIACO, ADAM P.
519  N SAM HOUSTON PKWY E
SUITE 500
HOUSTON, TX  77060
TEL: (713) 663-6600
Bar Number: 5075770

CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
P.O.Box 4651, Houston, Texas 77210

Generated by: CHAMBERS, WANDA    ULW//10963469

**OFFICER/AUTHORIZED PERSON RETURN**

I received this citation on the _____ day of _____, 20____, at _____ o'clock ____.M., endorsed the date of delivery thereon, and executed it at _____, _____,
                                                                                                                    (STREET ADDRESS)                    (CITY)
in _____ County, Texas on the _____ day of _____, 20____, at _____ o'clock ____.M.,
by delivering to _____, by delivering to its
                              (THE DEFENDANT CORPORATION NAMED IN CITATION)
_____, in person, whose name is _____.
(REGISTERED AGENT, PRESIDENT, or VICE-PRESIDENT)

a true copy of this citation, with a copy of the _____ Petition attached,
                                                                        (DESCRIPTION OF PETITION, E.G. "PLAINTIFFS ORIGINAL")
and with accompanying copies of _____.
                                                              (ADDITIONAL DOCUMENTS, IF ANY, DELIVERED WITH THE PETITION)

I certify that the facts stated in this return are true by my signature below on the _____ day of _____, 20____.

FEE: $_____

By: _____
         (SIGNATURE OF OFFICER)

Printed Name: _____

_____
Affiant Other Than Officer

As Deputy for: _____
                              (PRINTED NAME & TITLE OF SHERIFF OR CONSTABLE)

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, 20____.

_____
Notary Public

N.INT.CITC.P                              *73502694*

# EXHIBIT "5"

**CAUSE NO. 2018-36035**

**JOYCE HUTCHINS-LINDSEY**
**VS.**

**UNITED AIRLINES, INC. F/K/A**
**CONTINENTAL AIRLINES, INC.**
**AND KONE, INC.**

IN THE 333RD JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS

**AFFIDAVIT OF SERVICE**

BEFORE ME, the undersigned authority, **Guy C. Connelly** (SERVER), personally appeared on this day and stated under oath as follows:

1. My name is **Guy C. Connelly** (SERVER). I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is:
   2701 W. 15th, Plano, TX 75075
   (SERVER'S ADDRESS)

2. ON **6/8/18** (DATE) AT **11:00** (A) M (TIME) CITATION CORPORATE, PLAINTIFF'S ORIGINAL PETITION came to hand for delivery to UNITED AIRLINES, INC. (F/K/A CONTINENTAL AIRLINES, INC.)(A CORPORATION) BY SERVING ITS REGISTERED AGENT: CT CORPORATION SYSTEM.

3. ON **6/8/18** (DATE) AT **3:10** (P) M (TIME) - The above named documents were delivered to: UNITED AIRLINES, INC. (F/K/A CONTINENTAL AIRLINES, INC.)(A CORPORATION) BY SERVING ITS REGISTERED AGENT: CT CORPORATION SYSTEM by delivering to
   **Anna Guel, P.S.**
   (NAME AND TITLE), authorized agent for service @
   1999 Bryan, Suite 900, Dallas, TX 75201
   (ADDRESS), by CORPORATE Service

   **SIGNATURE**
   PSC# **2201** EXPIRATION: **9/30/18**

   **Guy C. Connelly**
   **AFFIANT PRINTED NAME**

SWORN TO AND SUBSCRIBED before me by **Guy C. Connelly** appeared on this **8** day of **June**, 2018 to attest witness my hand and seal of office.

**NOTARY PUBLIC IN AND FOR THE STATE OF TEXAS**

2018.06.299523
ANNA M CONNELLY
My Commission Expires
March 1, 2019

IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOYCE HUTCHINS-LINDSEY | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. _____ |
| | § | |
| UNITED AIRLINES, INC. f/k/a | § | |
| CONTINENTAL AIRLINES, INC. and | § | |
| KONE INC. | § | |
| | § | |
| Defendants. | § | |

## LIST OF ALL COUNSEL OF RECORD

Defendant, KONE Inc., and hereby files this List of All Counsel of Record with the Notice of Removal of the case to Federal District Court, as required by Rule 81(6) of the Local Rules of the United States District Court for the Southern District of Texas.

1. Counsel of Record for Plaintiff Joyce Hutchins-Lindsey:

   Adam P. Criaco
   Texas Bar No. 05075770
   CRIACO & ASSOCIATES
   519 N. Sam Houston Pkwy. E., Suite 500
   Houston, TX 77060
   Telephone: (713) 663-6600
   Facsimile: (713) 663-7923
   adam.criaco@criacolaw.com

2. Counsel of Record for Defendant KONE Inc.:

   Gregory C. Rota
   SBN 24000032
   SDTX No. 23077
   HORNE ROTA MOOS LLP
   2777 Allen Parkway, Suite 1200
   Houston, Texas 77019
   Telephone: 713-333-4500
   Facsimile:  713-333-4600
   grota@hrmlawyers.com

**EXHIBIT "6"**

3.  Counsel of Record for Defendant United Airlines, Inc. f/k/a Continental Airlines, Inc.:

    Unknown at this time.